Carey M.E. Gephart, ABA#1203010
Dustin C. Hamilton, ABA #1405024
LE GROS BUCHANAN & PAUL
701 5th Avenue, Suite 2500
Seattle, WA 98104
Phone: 206-623-4990
Facsimile: 206-467-4828
cgephart@legros.com
dhamilton@legros.com

Attorneys for Defendants/Third-Party Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KODIAK RASPBERRY ISLAND REMOTE LODGE, INC., an Alaskan corporation; BIRCH and TIFFANY ROBBINS, husband and wife,<br><br>Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>SEPEL & SON MARINE SURVEYING, INC., an Alaskan corporation.<br><br>Third-Party Defendant. | Case No.: 3:14-cv-00071 SLG<br><br>**JOINT NOTICE OF IMPENDING SETTLEMENT** |

Plaintiff ACE American Insurance Company, Defendants/Third-Party Plaintiffs Kodiak Raspberry Island Remote Lodge, Inc. and Birch and Tiffany

**JOINT NOTICE OF IMPENDING SETTLEMENT** – Page 1 of 3
*ACE v. Kodiak Raspberry Island Remote Lodge, Inc., et al.*,
3:14-cv-00071 SLG
{28181-00132002;1}

Robbins, and Third-Party Defendant Sepel & Son Marine Surveying, Inc., by and through their respective attorneys of record, jointly notify the court that:

1. On June 17, 2015, the parties participated in mediation;

2. The parties have reached a tentative agreement to resolve this matter, subject to agreeable terms and conditions; and,

3. The parties anticipate having the settlement terms finalized within the next thirty days, at which time they will file a notice of settlement and then dismiss the underlying claims.

Dates this 25th day of June, 2015.

| MATTHEWS & ZAHARE PC | LE GROS, BUCHANAN & PAUL |
|---|---|
| *s/ Michael Zahare* | *s/Dustin C. Hamilton* |
| A. Michael Zahare, ABA #8411148 | Carey M.E. Gephart, ABA #1203010 |
| 911 W. 8th Avenue, Suite 400 | Dustin C. Hamilton, ABA #1405024 |
| Anchorage, AK 99501 | 701 Fifth Avenue, Suite 2500 |
| mike@matthewszahare.com | Seattle, WA 98104 |
| Attorneys for Plaintiff ACE American Insurance Company | cgephart@legros.com |
| | dhamilton@legros.com |
| | Attorneys for Defendants/Third-Party Plaintiffs KODIAK RASPBERRY ISLAND REMOTE LODGE, INC., and BIRCH and TIFFANY ROBBINS |

| COZEN O'CONNOR | PREG O'DONNELL & GILLETT |
|---|---|
| *s/ Kevin A Michael* | *s/ Rodney Q. Fonda* |
| Thomas M. Jones, WSBA #13141 | Rodney Q. Fonda, WSBA #6594 |
| *Pro Hac Vice* | *Pro Hac Vice* |
| Kevin A. Michael, WSBA #36976 | 901 Fifth Avenue, Suite 3400 |
| *Pro Hac Vice* | Seattle, WA 98164 |
| 999 Third Avenue, Suite 1900 | rfonda@pregodonnellcom |
| Seattle, WA 98104 | Attorneys for Third-Party Defendant Sepel & Son Marine Surveying |
| tjones@cozen.com | |
| kmichael@cozen.com | |
| Attorneys for Plaintiff ACE American Insurance Company | |

**JOINT NOTICE OF IMPENDING SETTLEMENT** – Page 2 of 3
*ACE v. Kodiak Raspberry Island Remote Lodge, Inc., et al.*,
3:14-cv-00071 SLG
{28181-00132002;1}

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to The Honorable Sharon L. Gleason, and serve it on all associated counsel listed below:

| | |
|---|---|
| A. Michael Zahare<br>Matthews & Zahare PC<br>911 W. 8th Ave., Suite 400<br>Anchorage, AK 99501 | Eric P. Gillett<br>Rodney Fonda<br>Preg O'Donnell & Gillett<br>901 Fifth Ave., Suite 3400<br>Seattle, WA 98164 |
| Kevin A. Michael<br>Thomas M. Jones<br>Cozen O'Connor<br>1201 Third Avenue, Suite 5200<br>Seattle, WA 98101 | |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct this 25th day of June, 2015.

*s/Stephanie Gurney*
Stephanie Gurney, Legal Assistant

LE GROS BUCHANAN & PAUL
701 FIFTH AVENUE, SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990  FAX (206) 467-4828

**JOINT NOTICE OF IMPENDING SETTLEMENT** – Page 3 of 3
*ACE v. Kodiak Raspberry Island Remote Lodge, Inc., et al.*,
3:14-cv-00071 SLG
{28181-00132002;1}