IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KODIAK RASPBERRY ISLAND REMOTE LODGE, INC., an Alaskan corporation; BIRCH and TIFFANY ROBBINS, husband and wife,<br><br>Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>SEPEL & SON MARINE SURVEYING, INC., an Alaskan corporation.<br><br>Third-Party Defendant. | Case No.: 3:14-cv-00071-SLG |

## ORDER RE NOTICE OF SETTLEMENT

Pursuant to the parties' Joint Notice of Settlement (Docket 61), the Court ORDERS that the parties shall file either a Stipulation of Dismissal or a Status Report on or before **July 31, 2015**.

DATED this 26th day of June, 2015 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE