A. Michael Zahare, Esq.
Matthews & Zahare PC
911 W. 8th Ave., Suite 400
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
Mike@matthewszahare.com

Thomas M. Jones, Esq. *Pro Hac Vice*
Kevin A. Michael, Esq. *Pro Hac Vice*
Cozen O'Connor
999 Third Ave., Suite 1900
Seattle, WA 98104
Email: tjones@cozen.com
       kmichael@cozen.com

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY,<br><br>    Plaintiff,<br>vs.<br><br>KODIAK RASPBERRY ISLAND REMOTE LODGE, INC., an Alaskan corporation; BIRCH and TIFFANY ROBBINS, husband and wife,<br><br>    Defendants/Third-Party Plaintiffs,<br>vs.<br><br>SEPEL & SON MARINE SURVEYING, INC., an Alaskan Corporation,<br><br>    Third-Party Defendant. | Case No.: 3:14-cv-00071 SLG<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Stipulation for Dismissal with Prejudice
*ACE American Insurance vs. Kodiak Raspberry Island Remote Lodge et al.*
3:14-cv- 00017 SLG
AMZ:jlw/923-1/StipDismissal                     Page 1 of 3
Case 3:14-cv-00071-SLG   Document 63   Filed 07/09/15   Page 1 of 3

Pursuant to Federal R. Civ. P. 41, the parties, through undersigned counsel, stipulate that all claims, third party claims, and counterclaims asserted by or against Plaintiff, Defendants, Third Party Plaintiffs, and/or Third Party Defendant are dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated this 9th day of July 2015 at Anchorage, Alaska.

    MATTHEWS & ZAHARE, P.C.
    Counsel for Plaintiff

    By: __s/A. Michael Zahare_____
        Alaska Bar No. 8411148
        911 W. 8th Ave., Suite 400
        Anchorage, AK 99501
        Phone: (907) 276-1516
        Fax: (907) 276-8955
        mike@matthewszahare.com

    LE GROS BUCHANAN & PAUL
    Counsel for Defendants/Third-Party Plaintiffs

    By: ___s/Dustin C. Hamilton (consent)_____
        Alaska Bar No. 1405024
        Casey M.E. Gephart, ABA 1203010
        701 Fifth Ave., Suite 2500
        Seattle, WA 98104
        Phone: (206) 623-4990
        Fax: (206) 467-4828
        dhamilton@legros.com
        cgephart@legros.com

Stipulation for Dismissal with Prejudice
*ACE American Insurance vs. Kodiak Raspberry Island Remote Lodge et al.*
3:14-cv- 00017 SLG
AMZ:jlw/923-1/StipDismissal     Page 2 of 3
Case 3:14-cv-00071-SLG    Document 63    Filed 07/09/15    Page 2 of 3

PREG O'DONNELL & GILLETT
Counsel for Third Party Defendants

By  s/Rodney Q. Fonda (consent)
*Pro Hac Vice*
Eric P. Gillette, ABA No.: 8611111
901 Fifth Ave., Suite 3400
Seattle, WA 98164
Phone: (206) 287-1775
Fax: (206) 287-9113
rfonda@pregodnnelle.com
egillett@pregodnnell.com

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via CM/ECF system on this 9th day of July 2015 to the following:

Dustin C. Hamilton, Esq.
LeGros Buchanan & Paul
701 Fifth Ave., Suite 2500
Seattle, WA 98104-7051
dhamilton@legros.com
*Counsel for Defendants*

Eric P. Gillette, Esq.
Rodney Fonda, Esq.
Preg O'Donnell & Gillette
901 Fifth Ave., Suite 3400
Seattle, WA 98164
Egillett@pregodonnell.com
*Counsel for Third-Party Defendants*

   s/A. Michael Zahare

Stipulation for Dismissal with Prejudice
*ACE American Insurance vs. Kodiak Raspberry Island Remote Lodge et al.*
3:14-cv- 00017 SLG
AMZ:jlw/923-1/StipDismissal                             Page  3 of 3
  Case 3:14-cv-00071-SLG   Document 63   Filed 07/09/15   Page 3 of 3