IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>KODIAK RASPBERRY ISLAND )<br>REMOTE LODGE, INC., an Alaskan )<br>corporation; BIRCH and TIFFANY )<br>ROBBINS, husband and wife, )<br>)<br>Defendants/Third-Party )<br>Plaintiffs, )<br>vs. )<br>)<br>SEPEL & SON MARINE SURVEYING, )<br>INC., an Alaskan Corporation, )<br>)<br>Third-Party Defendant. )<br>_____) | Case No.: 3:14-cv-00071 SLG<br><br>**ORDER GRANTING DISMISSAL** |

IT IS HEREBY ORDERED, in accordance with Fed. R. Civ. P. 41(a)(1)(ii), and pursuant to the Stipulation signed by all parties, this action is **DISMISSED** with prejudice, each party to bear its own costs and attorney's fees. All pending motions are denied as moot.

Dated this 9th day of July, 2015 at Anchorage, Alaska.

                                       */s/ Sharon L. Gleason*
                                       United States District Court Judge